KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Melinda Michelle Douglas**,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Capital One Bank (USA), National Association; Kohl's Inc.; and DOES 1 through 100 inclusive**,**<br><br>　　　　　Defendants. | CASE NO.  3:20-cv-00460-JR<br><br>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND KOHL'S INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　　**PLEASE TAKE NOTICE THAT** Plaintiff Melinda Michelle Douglas and defendant Kohl's Inc. (collectively, the "Parties"), have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Kohl's Inc. within 60 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　**SCHUMACHER LANE PLLC**


Dated:  July 16, 2021　　　　　By:　　*/s/ Kyle W. Schumacher*
　　　　　　　　　　　　　　　　　　　　Kyle W. Schumacher
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors/Plaintiff