KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Melinda Michelle Douglas**,**<br><br>           Plaintiff,<br><br>     v.<br><br>Capital One Bank (USA), National Association; Kohl's Inc.; and DOES 1 through 100 inclusive**,**<br><br>           Defendants. | CASE NO.  3:20-cv-00460-JR<br><br>VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT KOHL'S INC. ONLY, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** Plaintiff Melinda Michelle Douglas, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendant Kohl's Inc. only, with prejudice, as to all claims in this action.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   41(a) Voluntary Dismissal

   (1)   By the Plaintiff

       (A)   Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

           (ii)   a stipulation of dismissal signed by all parties who have appeared.

VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT KOHL'S INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-

Defendant Kohl's Inc. filed an answer to Plaintiff's Complaint on September 8, 2020. Accordingly, the parties have resolved their claims and Defendant Kohl's Inc. may be dismissed from the Complaint for all purposes and without an Order.

Respectfully submitted,

Dated: September 21, 2021    By:   */s/ Kyle W. Schumacher*
                                   Kyle W. Schumacher, OSB No. 121887
                                   Schumacher Lane PLLC
                                   PO Box 558
                                   Spring Branch, TX. 78070
                                   Attorney for Plaintiff

Dated: September 21, 2021    By:   */s/ Jeffrey G. Bradford*
                                   Jeffrey G. Bradford, OSB No. 133080
                                   Tonkon Torp LLP
                                   888 SW Fifth Ave., Ste. 1600
                                   Portland, OR. 97204
                                   Attorney for Defendant
                                   Kohl's Inc.

VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT KOHL'S INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-2-