KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Melinda Michelle Douglas**,** <br><br> Plaintiff, <br><br> v. <br><br> Capital One Bank (USA), National Association; Kohl's Inc.; and DOES 1 through 100 inclusive**,** <br><br> Defendants. | CASE NO.  3:20-cv-00460-JR <br><br> VOLUNTARY DISMISSAL OF DOES 1 THROUGH 100 INCLUSIVE, PURSUANT TO FEDERAL RULE OF CIVL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

## <u>NOTICE OF DISMISSAL</u>

Melinda Michelle Douglas, the Plaintiff herein, hereby dismisses DOES 1 through 100 inclusive, pursuant to FRCP 41(a)(1)(A)(i).

Respectfully submitted,

Dated:  September 21, 2021          By:     _/s/ Kyle W. Schumacher____
                                                                Kyle W. Schumacher, Esq.
                                                                Schumacher Lane PLLC
                                                                PO Box 558
                                                                Spring Branch, TX 78070
                                                                Attorney for Plaintiff

VOLUNTARY DISMISSAL OF DOES 1 THROUGH 100 INCLUSIVE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41